UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DON A. HAMPTON, CHERYL A. HAMPTON,**

  *Plaintiffs*,

**v.**

**WILLIAM LONG, COMMISSIONER OF INTERNAL REVENUE SERVICE; PAM BONDI, ATTORNEY GENERAL FOR U.S. DEPARTMENT OF JUSTICE; KRISTEN CLARKE, ASSISTANT ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, SOUTHERN DISTRICT OF TEXAS; AND GROUPON, INC., ATTN: DANE DROBNY, GENERAL COUNSEL;**

  *Defendants*.

Case No. SA-25-CV-00341-JKP

# O R D E R

Before the Court is Plaintiffs' Emergency Motion for Temporary Restraining Order. *ECF No. 12*. Upon consideration, the Motion is **DENIED**.

Review of the docket in this case reveals Plaintiffs are pro se. Plaintiffs served all four named defendants; however, the deadline for these Defendants to file an Answer is June 2, 2025.

Federal Rule of Civil Procedure 65(b)(1) permits courts to "issue a temporary restraining order without written or oral notice to the adverse party or its attorney," if:

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney [(or a pro se plaintiff)] certifies in writing any efforts made to give notice and the reasons why it should not be required.

2

The Court finds Plaintiffs have not proven by affidavit or a verified complaint that they will incur immediate and irreparable injury, loss, or damage before the Defendants can be heard, nor have Plaintiffs provided written certification to comply with Rule 65(b)(1)(B). Consequently, the Court has no authority to issue a Temporary Restraining Order.

Plaintiffs' Emergency Motion for Temporary Restraining Order is **DENIED**.

It is so ORDERED.
SIGNED this 6th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE