**FILED**
**OCT 21 2025**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 21, 2025

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

No. 25-50499   In Re: Don Hampton
USDC No. 5:25-CV-341 -JKP-RBF

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk