IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DON A. HAMPTON,<br>CHERYL A. HAMPTON, <br><br>   Plaintiffs,<br><br>   v.<br><br>WILLIAM LONG, COMMISSIONER OF INTERNAL REVENUE SERVICE; PAM BONDI, ATTORNEY GENERAL FOR U.S. DEPARTMENT OF JUSTICE; KRISTEN CLARKE, ASSISTANT ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, SOUTHERN DISTRICT OF TEXAS; AND GROUPON, INC., ATTN: DANE DROBNY, GENERAL COUNSEL;<br><br>   Defendants. | CASE NO. 5:25-CV-00341-JKP-RBF |

## MOTION TO SUBSTITUTE ATTORNEY WITH NOTICE OF APPEARANCE

Defendant Groupon, Inc. ("Groupon") moves for an order substituting Andrew C. Schafer, an attorney with the firm of Jackson Walker LLP, in place of Katharine Lee Carmona, as counsel of record for Groupon.

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *Gowdy v. Marine Spill Response Corp.*, 925 F.3d 200, 204 (5th Cir. 2019). Here, the request to substitute is effectively a request to withdraw Ms. Carmona. There is good cause for this substitution because Ms. Carmona has left the firm of Jackson Walker LLP. Moreover, no disruption in the representation of Groupon, delay in proceedings, or prejudice to Plaintiffs will result from the substitution because Mr. Schafer will assume Ms. Carmona's responsibilities, and the lead attorney, Christopher R. Mugica with the firm of Jackson Walker LLP, will remain as counsel of record

for Groupon. Notice of the substitution has been given to Groupon. These facts constitute good cause and establish that the necessary notice to the client has been given in order for the Court to withdraw Ms. Carmona and substitute Mr. Schafer in her place.

Additionally, the extent necessary, this motion gives notice of the appearance of Mr. Schafer as counsel of record for Groupon. Copies of all notices of settings and hearings and all pleadings and papers filed in this case may be served upon Mr. Schafer as follows:

>Andrew C. Schafer
>Texas State Bar No. 24132878
>aschafer@jw.com
>100 Congress Avenue, Suite 1100
>Austin, Texas 78701
>(512) 236-2000 (telephone)
>(512) 236-2002 (facsimile)
>Counsel for Groupon, Inc.

WHEREFORE, Groupon requests that the Court substitute Andrew C. Schafer as counsel of record for Groupon in place of Katharine Lee Carmona in this case.

Date: October 22, 2025                           Respectfully submitted,

                                                          **JACKSON WALKER L.L.P.**

By:  */s/ Andrew C. Schafer*
      Christopher R. Mugica
      Texas State Bar No. 24027554
      cmugica@jw.com
      Andrew C. Schafer
      Texas State Bar No. 24132878
      aschafer@jw.com
      100 Congress Avenue, Suite 1100
      Austin, Texas 78701
      (512) 236-2000 (telephone)
      (512) 236-2002 (facsimile)
      *Counsel for Groupon, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that on October 19, 2025, I sent an email to confer with Plaintiffs Don and Cheryl Hampton regarding whether they oppose the relief requested in this motion. As of the filing of this motion, I have not received a response. Accordingly, I assume Plaintiffs oppose the relief requested in this motion.

I certify that on October 22, 2025, counsel for the United States and the Internal Revenue Service confirmed that they do not oppose the relief sought in this motion.

                                                         */s/ Andrew C. Schafer*
                                                         Andrew C. Schafer

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I will send the foregoing document by email and first-class mail to:

Don A. Hampton
314 Addax Drive
San Antonio, TX 78213
donhampton47@yahoo.com

*Pro se Plaintiff*

Cheryl A. Hampton
314 Addax Drive
San Antonio, TX 78213
donhampton47@yahoo.com

*Pro se Plaintiff*

> */s/ Andrew C. Schafer*
> Andrew C. Schafer