IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DON A. HAMPTON, <br> CHERYL A. HAMPTON, <br><br>    Plaintiffs, <br><br> v. <br><br> WILLIAM LONG, COMMISSIONER OF INTERNAL REVENUE SERVICE; PAM BONDI, ATTORNEY GENERAL FOR U.S. DEPARTMENT OF JUSTICE; KRISTEN CLARKE, ASSISTANT ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, SOUTHERN DISTRICT OF TEXAS; AND GROUPON, INC., ATTN: DANE DROBNY, GENERAL COUNSEL; <br><br>    Defendants. | CASE NO. 5:25-CV-00341-JKP-RBF |

## ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY

Having considered Defendant Groupon, Inc.'s Motion to Substitute Attorney, in which Groupon asks the Court to substitute Andrew C. Schafer in place of Katharine Lee Carmona as counsel of record for Defendant Groupon, Inc., it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Katharine Lee Carmona is hereby withdrawn as counsel of record in this case, and the clerk is directed to terminate ECF notices to Katharine Lee Carmona. Andrew C. Schafer is hereby added as counsel of record in this case, and the clerk is directed to facilitate ECF notices to Andrew C. Schafer.

   **SIGNED** this day____ of _____, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE